date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SPENCE SERVICE, INC., Appellant, v. CO-NATIONAL PLAYS, INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LEOPOLD MARKOWITZ, Respondent, Appellant, v. FAIRBANKS TAILORING COMPANY, a Foreign Corporation, Defendant, and BERNARD B. BILLOW, Appellant, Respondent.— Order so far as appealed from by the plaintiff reversed, with ten dollars costs and disbursements to the plaintiff, appellant, and the motion to vacate service of the summons upon the defendant Fairbanks Tailoring Company denied. Order so far as appealed from by the defendant Bernard B. Billow affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MELLON-STUART COMPANY, Respondent, v. LOEW'S, INCORPORATED, Appellant.— Order so far as appealed from modified by granting defendant's motion for a bill of particulars as to all items contained in the notice of motion except item No. 9, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WENDELL BUCKLEY, Respondent, v. PAULMAX REALTY CORPORATION, Appellant. CHARLES ROSENTHAL, Respondent, v. PAULMAX REALTY CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SIEBROS FINANCE CORPORATION, Respondent, v. FIRE ASSOCIATION OF PHILADELPHIA, Appellant.— Order modified by limiting the examination before trial to items 1, 3 and 4, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

POCANTICO REALTY CORPORATION, Respondent, v. RICHARD BURKE, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AMERICAN KREUGER & TOLL CORPORATION, Appellant, v. CHARLES WOLFF, JR., and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LEE A. OCHS v. SOUTHERN TIER THEATRE COMPANY, INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of HANS HOHNER, Deceased.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PHILIP KOMISAR v. LOUIS HOCHBERG and Others. WILLIAM COHEN v. LOUIS ᵀᴿBERG and Others. RUTH COHEN v. LOUIS HOCHBERG and Others. WILLIAM